**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JEFFERY CHARELS ELMORE,**
**ADC #91418**                                                                                              **PLAINTIFF**

v.                                    **5:09CV00105BSM/HLJ**

**SHELLY BYERS, et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, DISMISSED.  The relief sought is denied.

DATED this 22nd day of May, 2009.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE